[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 19-13735
Non-Argument Calendar
_____

D.C. Docket No. 2:18-cr-00148-TPB-MRM-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TRAVIS LEE WATKINS,

Defendant-Appellant.
_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(May 12, 2020)

Before GRANT, LUCK and HULL, Circuit Judges

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal

waiver in Watkins's plea agreement is GRANTED. *See United States v. Bushert*,

997 F.2d 1343, 1350-51 (11th Cir. 1993) (holding that a sentence appeal waiver will be enforced if it was made knowingly and voluntarily).